CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 0 8 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DAVID BENJAMIN MORRIS and CANDACE APRIL MORRIS, | ) ) ) |
| Appellants, | ) Civil Action No. 3:15-CV-00021 ) |
| v. | ) **ORDER** ) |
| W. STEPHEN SCOTT, Chapter 7 Trustee, | ) By: Hon. Glen E. Conrad ) Chief United States District Judge |
| Appellee. | ) |

This case is before the court on appeal from the United States Bankruptcy Court for the Western District of Virginia. For the reasons set forth in the accompanying memorandum opinion, it is now

**ORDERED**

that the decision of the bankruptcy court is **AFFIRMED** in its entirety.

The Clerk is directed to strike this matter from the active docket of the court and to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 8th day of February, 2016.

/s/ Glen E. Conrad
Chief United States District Judge